## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| RANDALL RAY THOMAS,<br>individually and on behalf of all others<br>similarly situated<br><br>Plaintiffs<br><br>V.<br><br>INTEGRITY ENERGY SERVICES,<br>LLC<br><br>Defendant | NO: 4:11CV621  SWW |

## ORDER

Before the Court is a notice of a bankruptcy case filing by Defendant Integrity Energy Services LLC (docket entry #20).  The notice reports that on February 24, 2012, Defendant filed a petition in the United States Bankruptcy Court for the Western District of Louisiana, pursuant to Chapter 7 of the Bankruptcy Code.  Accordingly, by operation of 11 U.S.C. § 362, an automatic stay went into effect on February 24, 2012 with respect to this proceeding.

IT IS THEREFORE ORDERED that the Clerk of the Court is directed to administratively terminate this action.  This administrative termination is without prejudice to Plaintiff's right to reopen this case within thirty (30) days of an order from the United States Bankruptcy Court either dismissing the City's bankruptcy petition or granting relief from the automatic stay to proceed with this cause of action.

IT IS SO ORDERED THIS 12TH DAY OF MARCH, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE